UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID NARCISCO ELLIS GARCIA, A-216-982-080,

Petitioner,

v.

CHRISTOPHER CHESTNUT,

Respondent.

No. 1:26-cv-05992-DC-CKD P

ORDER

Petitioner proceeds without counsel and seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241.[1] The court has conducted a preliminary review of the petition. Pursuant to 28 U.S.C. § 2243, respondent shall file a response to the petition. Petitioner also filed a motion to appoint counsel, and the court will consider whether counsel should be appointed upon review of the response.

In accordance with the above, IT IS ORDERED as follows:

1. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

////

[1] This case is referred to the undersigned by operation of Local Rule 302(c)(17) pursuant to 28 U.S.C. § 636(b)(1) and the minute order dated July 28, 2026. (ECF No. 3.)

2. Petitioner shall submit a completed affidavit in support of a request to proceed in forma pauperis within 30 days.
3. Pursuant to 28 U.S.C. § 2243, respondents shall file a response to the petition within seven (7) days of the date of this order and shall include with the response any and all transcripts or other documents relevant to the determination of the issues presented in the habeas application.
4. Petitioner may file optional reply/traverse within ten (10) days after being served with the response.

Dated: August 4, 2026

Carolyn K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 elli5992.res